| | |
|---|---|
| 1 | P. TERRY ANDERLINI (SBN 44783) |
| 2 | SEAN M. JACOBSON, Esq. (SBN 227241) |
| | **ANDERLINI & McSWEENEY LLP** |
| 3 | 66 Bovet Road Suite 285 |
| | San Mateo, California 94402-3520 |
| 4 | Telephone (650) 212-0001 |
| 5 | *tanderlini@amlawoffice.com* |

Attorneys for Plaintiffs
Jeremy Totten and Steven Zook

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY TOTTEN, an individual, | Case No.: 2:25-cv-00112-TLN-DMC |
| Plaintiff, | **STIPULATION TO CONSOLIDATE CASES FOR DISCOVERY PURPOSES** |
| v. | |
| UNITED RENTALS (NORTH AMERICA), INC., a Delaware corporation; SKYJACK INC., a Canadian corporation; and DOES 1 through 150, inclusive, | |
| Defendants. | |
| STEVEN ZOOK, an individual, | Case No.: 2:25-cv-00800-TLN-DMC |
| Plaintiff, | |
| v. | |
| UNITED RENTALS (NORTH AMERICA), INC., a Delaware corporation; SKYJACK INC. a Canadian corporation; and DOES 1 through 150, inclusive, | |
| Defendants. | |

   Plaintiff Jeremy Totten ("Plaintiff Totten"); Plaintiff Steven Zook ("Plaintiff Zook"); Defendant United Rentals (North America), Inc. ("United Rentals"), a Delaware corporation; and Skyjack, Inc., a Canadian corporation ("Skyjack"), through their respective counsel of record, stipulate as follows:

  1. Plaintiff Totten filed his Complaint for Personal Injury in Siskiyou County Superior Court on November 13, 2024, as Case No. 24CIV13362.

  2. Defendant United Rentals removed the case from Siskiyou County Superior Court to this Court on or about January 10, 2025, with the case now pending in this Court as the action entitled *Totten v. United Rentals, et al.*, Case No. 2:25-cv-00112-TLN-DMC (the "Totten Action"). All defendants have filed answers in the Totten Action, with the last answer filed on January 23, 2025.

  3. The Totten Action relates to injuries that Plaintiff Totten contends that he sustained due to the alleged malfunction of a scissor lift manufactured by Skyjack and rented to Plaintiff Totten's employer by defendant United Rentals.

  4. Plaintiff Zook, who is Plaintiff Totten's co-worker, also filed a Complaint against Skyjack and United Rentals, with Plaintiff Zook's Complaint filed in this Court on March 11, 2025, thereby initiating the action entitled *Zook v. United Rentals, et al.*, Case No. 2:25-cv-00800-DJC-DMC (the "Zook Action"). Answers in the Zook Action are not due until June, 2025.

  6. This Court ordered the Totten Action and Zook Action related pursuant to Orders entered on April 1, 2025.

  7. The Court has issued Initial Pretrial Scheduling Orders in both actions, however the applicable dates in the respective Orders are not aligned because the answers in the two cases will be filed approximately five (5) months apart (and several applicable dates run from the date that the last answer is filed).

  8. During their Rule 26 conference, counsel for the parties agreed that discovery in both actions will involve common witnesses, document production, and expert opinion. Therefore, pursuant to FRCP 42(s), the parties agree that discovery in the Totten Action and the Zook Action should be consolidated.

- 2 -

STIPULATION TO CONSOLIDATE  CASE NO.: 2:25-cv-00112-TLN-DMC
CASES FOR DISCOVERY PURPOSES  CASE NO.: 2:25-cv-00800-TLN-DMC

9. All discovery in the two actions, whether already conducted or to be conducted, shall be consolidated, and discovery conducted in both actions may be used in and will apply equally to both actions.

10. All references in the Initial Pretrial Scheduling Order which relate to the date of the filing of the last answer shall run from the date of the last answer filed in the Zook Action.

11. The parties do not presently have a consensus on consolidation of the two actions for all purposes, including trial. However, this Stipulation and Order are without prejudice to Plaintiffs, or either of them, seeking consolidation for all purposes, or for trial, at a future date. Any such request shall be filed no later than the date for filing dispositive motions.

Dated: May 30, 2025　　　　　　　　　　　　ANDERLINI & MCSWEENEY LLP

By:　/s/　*P. Terry Anderlini*
　　　P. Terry Anderlini
　　　Counsel for Plaintiff

Dated: May 30, 2025　　　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By:　/s/　*David A. Serrano*
　　　David A. Serrano
　　　Counsel for United Rentals
　　　(As authorized on May 30, 2025)

Dated: May 30, 2025　　　　　　　　　　　　GLYNN AND FINLEY

By:　/s/　*Jonathan A. Eldredge*
　　　Jonathan A. Eldredge
　　　Counsel for Skyjack
　　　(As authorized on May 30, 2025)

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2025

_____
Troy L. Nunley
Chief United States District Judge